THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT C. BOLUS, SR., | : |
| | : CIVIL ACTION NO. 3:21-CV-001315 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Mehalchick) |
| v. | : |
| WILLIAM GAUGHAN, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS \_\_4th\_\_ DAY OF JANUARY 2024,** upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 18) and all relevant documents for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 18) is **ADOPTED** for the reasons set forth therein.[1]

2. Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 16) is **GRANTED**.

3. Because the Court has determined that amendment would be futile (*see* Doc. 18 at 10), the Amended Complaint for Civil Rights Violations (Doc. 15) is **DISMISSED WITH PREJUDICE**.

---

[1] The recommended disposition is based on a merits analysis of Plaintiff's Amended Complaint for Civil Rights Violations (Doc. 15) filed on May 9, 2023. (*See* Doc. 18 at 6-10.) The R&R also notes the untimeliness of Plaintiff's May 9, 2023, Amended Complaint (Doc. 15). (Doc. 18 a 5 n.2.) In adopting the R&R, the Court agrees with the R&R's timeliness assessment. (*See* Doc. 18 at 5 n.2.)

4. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge